**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

SAMUEL N. ANDERS                                                                                    PETITIONER
Reg. #21467-076

v.                                              Case No. 2:09CV00180 JLH-JJV

T. C. OUTLAW, Warden,
FCI-Forrest City                                                                                    RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Anders' Petition (Doc. No. 2) is DISMISSED without prejudice. The requested relief is denied and any pending motions are denied as moot.

IT IS SO ORDERED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE