## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

SAMUEL N. ANDERS                                                                                          PETITIONER
Reg. #21467-076

v.                                            Case No. 2:09CV00180 JLH-JJV

T. C. OUTLAW, Warden,
FCI-Forrest City                                                                                           RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE